# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS PICOZZI, | : | |
|    Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-CV-2033 |
| | : | |
| SUE MCKEOWN, *et al.*, | : | |
|    Defendants. | : | |

## ORDER

AND NOW, this 21st day of May, 2018, upon consideration of Plaintiff Thomas Picozzi's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. Picozzi's Complaint is **DISMISSED** in accordance with the Court's Memorandum. Picozzi may not file an amended complaint in this case

3. The Clerk of Court shall **CLOSE** this case.

                                                **BY THE COURT:**

                                                **/s/ Mitchell S. Goldberg**

                                                **MITCHELL S. GOLDBERG, J.**